UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDEN MICHAEL
WIREMAN,

Plaintiff,

v.

CROSS et al.,

Defendants.

Case No. 24-13096
Honorable Shalina D. Kumar
Magistrate Judge Anthony P. Patti

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 36)**

This matter is before the Court on the assigned magistrate judge's

Report and Recommendation ("R&R") (ECF No. 36) recommending that

plaintiff Branden Wireman's ("Wireman") case[1] be dismissed for failure to

prosecute pursuant to Federal Rule of Civil Procedure 41(b) and Eastern

District of Michigan Local Rule 41.2. *Id.* The R&R also recommends

---

[1] Wireman originally filed two separate cases in the Western District of
Michigan which were transferred to this district in November 2024. *See
Wireman v. Cross et al,* Case No. 24-13096 ("*Wireman I*"), and *Wireman v.
Bateman et al,* Case No. 24-13105 ("*Wireman II*"). *Wireman II* was
previously assigned to the Honorable F. Kay Behm before being
reassigned to the undersigned. This Court consolidated the cases and
ordered all future filings to be filed under the instant case number. ECF No.
11.

denying as moot the pending motions for summary judgment. ECF Nos. 28, 32.

Neither party filed an objection to the R&R, and the time to do so has expired. *See* Fed. R. Civ. P. 72(b)(2). The failure to file a timely objection to an R&R constitutes a waiver of the right for further judicial review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusion, under a *de novo* or any other standard, when neither party objects to those findings"); *Smith v. Detroit Fed'n of Teachers*, 829 F.2d 1370, 1373–74 (6th Cir. 1987) (failure to file objection to R&R "waived subsequent review of the matter"); *Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) ("As to the part of the report and recommendation to which no party has objected, the Court need not conduct a review by any standard."). However, there is some authority that a district court is required to review the R&R for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee Note Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Therefore, the Court has reviewed the R&R for clear error and finds none.

Page **2** of **3**

Accordingly, the Court **ADOPTS** the R&R (ECF No. 36) and **DISMISSES** Wireman's complaint pursuant to Fed. R. Civ. P. 41(b) and E.D. Mich. LR 41.2 for failure to prosecute. Defendants' pending motions (ECF Nos. 28, 32) are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

<u>s/ Shalina D. Kumar</u>
SHALINA D. KUMAR
Dated: March 18, 2026        United States District Judge